In re Complaint as to the Conduct of

## DONALD D. NASH,
*Accused.*

(OSB 84-90; SC S30865)

702 P2d 399

Phillip M. Margolin, Portland, argued the cause and filed the brief for the accused.

Michael J. Gentry, Portland, argued the cause and filed the brief for the Oregon State Bar.

PER CURIAM

**PER CURIAM**

On June 14, 1984, Donald D. Nash, the accused, entered a plea of guilty to the crime of Sodomy in the First Degree, ORS 163.405, a Class A felony. The acts of sodomy involved a six-year-old child who was the daughter of a former client of the accused. We perceive no purpose to place upon the public record either the details of the sordid acts committed by the accused or a description of the prolonged and deep-rooted psychological problems from which the accused suffers.

The accused, having been convicted of a felony under the laws of this state, is disbarred. ORS 9.527(2). The Oregon State Bar is awarded its actual and necessary costs and disbursements. ORS 9.536(4).